AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SEP 1 7 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PATRICIA LEE RODRIGUEZ | ) | Case No.  W-13-CR-216 |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PATRICIA LEE RODRIGUEZ

who is accused of an offense or violation based upon the following document filed with the court:

X Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. 472 - Possession of Counterfeit Obligations.

WILLIAM G. PUTNICKI
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

By: _____ /s/ _____
Deputy Clerk

September 10, 2013, Waco, TX
Date and Location

Bail fixed at $ ____NO BOND____

by   Jeffrey C. Manske, U.S. Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received on *(date)* 9-11-13, and the person was arrested on *(date)* 9-12-13

at *(city and state)* Waco, TX

Date: 9-12-13

_____ /s/ _____
Arresting officer's signature

Marcus Ivey Special Agent
Printed name and title