IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO.  W-13-CR-216 |
| | * | |
| PATRICIA LEE RODRIGUEZ | * | |


<u>FACTUAL BASIS</u>

Had this case proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove and would prove that:

On or about April 24, 2013, in the Western District of Texas, the Defendant,

**PATRICIA LEE RODRIGUEZ,**

with intent to defraud, did possess a falsely made, forged, and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of $100, Serial Number HC53806155B, which she then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

Specifically, the United States Attorney would prove beyond a reasonable doubt that:

On April 24, 2013, the Waco Resident Office of the United States Secret Service ("USSS") was notified by the Beverly Hills Police Department ("BHPD") that a female had been detained for attempting to send a Western Union money transfer using counterfeit United States currency.  The USSS learned that **PATRICIA LEE RODRIGUEZ** had been detained following a response to a call from Western Union on Valley Mills Drive in Waco involving a forgery in progress in which a white female was attempting to send a money transfer using counterfeit U.S. currency.  The female had also listed a different name as the sender on the Western Union form.

**RODRIGUEZ** had attempted to flee the scene; however, the battery in her vehicle had died and she was unable to leave.

Investigation revealed that **RODRIGUEZ** attempted to pass eight (8) counterfeit $100 FRNs at Western Union during this transaction, which were collected from the clerk.  Upon contact with the BHPD, **RODRIGUEZ** pulled eight (8) additional counterfeit $100 FRNs from her wallet and gave them to BHPD.  SA Marcus Ivey, with the USSS, examined the counterfeit notes and found them to be higher quality than typical counterfeit notes in this area. **RODRIGUEZ** was advised of her Miranda warnings and agreed to speak with investigators.

**RODRIGUEZ** claimed to have met someone online, which led to a work from home job opportunity through a Nigerian company called Prime Construction.  **RODRIGUEZ** said her job entailed sending money via Western Union to various individuals whose names and addresses were provided by the company she was working for.  **RODRIGUEZ** said she was doing payroll for the company.  **RODRIGUEZ** denied knowing the money she attempted to pass was counterfeit.  **RODRIGUEZ** agreed to a consent search of her residence in Waco Texas, and she was transported to that location following the interview.

SA Ivey observed two (2) counterfeit cashier's checks.  One was drawn on the account of Fifth Third Bank, account number xxxx1190, made payable to Lynda Garcia.  The other was drawn on the account of Bank of America, account number xxxxx0019, made payable to Thomasville Gateway.  SA Ivey also observed Versa check stock in a pile and in plain view with blank check stock in the printer.  **RODRIGUEZ** also gave over a roll of counterfeit U.S. $100 FRNs and $50 Euros and showed law enforcement the box that the counterfeit had been shipped in and delivered to her residence a few days prior, as well as the secret compartment in which the counterfeit was stored.  The date listed on the DHL packaging was 4/17/13.

**RODRIGUEZ** then admitted collusion in this Nigerian scheme. She admitted knowingly possessing and passing U.S. counterfeit currency, printing cashier's checks and mailing them to other individuals from lists provided by Nigerians, and then receiving a fraudulent wire transfer in which she was supposed to re-wire money to other individuals. **RODRIGUEZ** shared text dialogue from her cell phone which clearly showed her collusion in this case. **RODRIGUEZ** said she had been participating in this scheme for over a year and was paid a small fee for her efforts.

**RODRIGUEZ** said she also passed $200 of the counterfeit herself on April 21, 2013 at Super Plaza, Waco, Texas. **RODRIGUEZ** provided a sworn written statement in which she admitted knowingly possessing counterfeit U.S. and Euro currency, manufacturing counterfeit cashier's checks, and receiving fraudulent wire transfers.

The counterfeit U.S. currency involved in this case is described as 43 counterfeit $100 FRNs, series 2006, each bearing CLQN: G 327, FRB: C3, FP: G1, BP: 299, Serial numbers varied on the last three numeric digits HC53806155B, HC53806069B, etc. The notes contain an attempted water mark, security thread, and colored fibers.

All of these incidents occurred within the Waco Division of the Western District of Texas.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

/s/ Stephanie Smith-Burris

By:   STEPHANIE SMITH-BURRIS
Assistant United States Attorney