Case 6:13-cr-00216-WSS   Document 34   Filed 03/17/14   Page 1 of 1

Case No: 6:13cr216
PTSO: [CEH]
Filed: 03/14/14
Doc. #32

CLERK'S COPY

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICIA LEE RODRIGUEZ,

    Defendant.

Case Number   W-13-CR-216(01)
USM Number   24934-380

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, PATRICIA LEE RODRIGUEZ, was represented by Jack F. Holmes.

The defendant pled guilty to Count One (1) of the Indictment on January 16, 2014. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 472 | Possession of Counterfeit Obligations | 4/24/13 | 1 |

As pronounced on March 12, 2014, the defendant is sentenced as provided in Pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _14th_ day of March, 2014.

WALTER S. SMITH JR.
UNITED STATES DISTRICT JUDGE